UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC and PINNACLE CREDIT SERVICES, LLC,<br><br>Defendants. | Case No.<br><br>**COMPLAINT AND JURY DEMAND** |

**NATURE OF ACTION**

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper before this Court under 28 U.S.C. § 1391(b), as the acts and transactions giving rise to Plaintiff's action occurred in this district, Plaintiff resides in this district, and Defendant transacts business in this district.

COMPLAINT - 1

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

# PARTIES

4. Plaintiff Alex Gonzalez ("Plaintiff") is a natural person who at all relevant times resided in the State of Washington, County of King, and City of Bellevue.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant Receivables Performance Management, LLC ("RPM") is a limited liability company who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. § 1692a(5).

7. RPM is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

8. Defendant Pinnacle Credit Services, LLC ("Pinnacle") is a limited liability company that acquires debt in default merely for collection purposes, and who at all relevant times was engaged in the business of directly or indirectly attempting to collect a debt from Plaintiff.

9. Pinnacle is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

# FACTUAL ALLEGATIONS

10. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due, a creditor other than RPM.

11. Plaintiff's obligation, or alleged obligation, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes – namely, a personal credit card (the "Debt").

COMPLAINT - 2

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

12. RPM uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due, another.

13. Pinnacle purchases debts once owed or once due, or asserted to be once owed or once due, a creditor.

14. Pinnacle acquired Plaintiff's debt once owed or once due, or asserted to be once owed or once due, a creditor, when the debt was in default.

15. Pinnacle is thoroughly enmeshed in the debt collection business, and Pinnacle is a significant participant in RPM's debt collection process.

16. In connection with the collection of the Debt, RPM, itself and on behalf of Pinnacle, placed a call to Plaintiff's cellular telephone on April 17, 2013 at 4:45 P.M.

17. The April 17, 2013 telephone call was RPM's initial communication with Plaintiff.

18. In connection with the collection of the Debt, RPM, itself and on behalf of Pinnacle, placed a call to Plaintiff's cellular telephone on May 7, 2013 at 3:45 P.M., and at such time, left the following voicemail message:

> Yes, we have an important message from RPM.  The call is from
> a debt collector.  Please call 855-260-5275.

19. RPM's May 7, 2013 voicemail message failed to state the individual caller's name.

20. By failing to disclose the individual caller's name in its May 7, 2013 voicemail message, RPM failed to meaningfully disclose its identity to Plaintiff.

21. In connection with the collection of the Debt, RPM, itself and on behalf of Pinnacle, sent Plaintiff an initial written communication dated May 12, 2013, that disclosed the

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

notices provided by 15 U.S.C. § 1692g(a).  *See* May 12, 2013 Correspondence, attached as Exhibit A.

22. RPM failed to provide Plaintiff the notices required by 15 U.S.C. § 1692g(a), either in its initial oral communication with Plaintiff, or in writing within 5 days thereafter.

23. RPM's May 12, 2013 correspondence demanded payment of a "total due" of $2,502.73 by a "due date" of May 21, 2013.

24. Nowhere in its correspondence did RPM explain how its demand for payment within 9 days of the date of the letter was consistent with the consumer's rights to dispute the debt and request verification within 30 days as provided in 15 U.S.C. § 1692g(a).

25. RPM's May 12, 2013 correspondence further offered a settlement payment in the amount of $500.55, also due by May 21, 2013.

26. RPM's correspondence noted that if the partial payment was made, the remaining balance would be forgiven and the account would be considered "satisfied in full."

27. RPM did not disclose that it or Pinnacle would be required by the IRS to report the forgiven $2,002.18 as Plaintiff's income and issue a form 1099-C.

28. Therefore, RPM's offer that Plaintiff's payment obligations would be "satisfied in full" is misleading, where Plaintiff would also have to pay an additional amount due to the Defendants' proposed settlement.

29. Upon information and belief, the Debt is past the applicable statute of limitations period in which to file a lawsuit.

30. RPM's correspondence did not disclose that Plaintiff's Debt was past the statute of limitations period, nor did it otherwise explain the potential consequences of reviving the limitations period by either a partial payment or a promise to pay.

COMPLAINT - 4

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

**COUNT I**
**VIOLATION OF 15 U.S.C. § 1692d(6)**
**RPM**

31.  Plaintiff repeats and re-alleges each and every factual allegation above.

32.  RPM violated 15 U.S.C. § 1692d(6) by placing telephone calls without meaningfully disclosing the caller's identity.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that RPM violated 15 U.S.C. § 1692d(6);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

f) Awarding such other and further relief as the Court may deem just and proper.

**COUNT II**
**VIOLATION OF 15 U.S.C. § 1692d(6)**
**PINNACLE**

33.  Plaintiff repeats and re-alleges each and every factual allegation above.

34.  RPM violated 15 U.S.C. § 1692d(6) by placing telephone calls without meaningfully disclosing the caller's identity.

35.  Pinnacle, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of RPM, the debt collector it hired to collect the Debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

COMPLAINT - 5

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

a) Adjudging that Pinnacle violated 15 U.S.C. § 1692d(6);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

f) Awarding such other and further relief as the Court may deem just and proper.

**COUNT III**
**VIOLATION OF 15 U.S.C. § 1692e**
**RPM**

36. Plaintiff repeats and re-alleges each and every factual allegation above.

37. RPM violated 15 U.S.C. § 1692e by using any false, deceptive, or misleading representations or means in connection with the collection of Plaintiff's Debt.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that RPM violated 15 U.S.C. § 1692e;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

COMPLAINT - 6

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

  f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT IV
## VIOLATION OF 15 U.S.C. § 1692e
## PINNACLE

38. Plaintiff repeats and re-alleges each and every factual allegation above.

39. RPM violated 15 U.S.C. § 1692e by using any false, deceptive, or misleading representations or means in connection with the collection of Plaintiff's Debt..

40. Pinnacle, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of RPM, the debt collector it hired to collect the Debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

  a) Adjudging that Pinnacle violated 15 U.S.C. § 1692e;

  b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

  c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

  d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

  e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

  f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT V
## VIOLATION OF 15 U.S.C. § 1692f
## RPM

41. Plaintiff repeats and re-alleges each and every factual allegation above.

42. RPM violated 15 U.S.C. § 1692f by using unfair or unconscionable means to collect or attempt to collect Plaintiff's Debt.

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that RPM violated 15 U.S.C. § 1692f;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

f) Awarding such other and further relief as the Court may deem just and proper.

### COUNT VI
### VIOLATION OF 15 U.S.C. § 1692f
### PINNACLE

43. Plaintiff repeats and re-alleges each and every factual allegation contained above.

44. RPM violated 15 U.S.C. § 1692f by using unfair or unconscionable means to collect or attempt to collect Plaintiff's Debt.

45. Pinnacle, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of RPM, the debt collector it hired to collect the Debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Pinnacle violated 15 U.S.C. § 1692f;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

    d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

    e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

    f) Awarding such other and further relief as the Court may deem just and proper.

### COUNT VII
### VIOLATION OF 15 U.S.C. § 1692g(a)
### RPM

46. Plaintiff repeats and re-alleges each and every factual allegation above.

47. RPM violated 15 U.S.C. § 1692g(a) by failing to provide Plaintiff with the notices required by that subsection either in initial oral communication with Plaintiff, or in writing within 5 days thereafter.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

    a) Adjudging that RPM violated 15 U.S.C. § 1692g(a);

    b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

    c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

    d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

    e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

    f) Awarding such other and further relief as the Court may deem just and proper.

COMPLAINT - 9

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

## COUNT VIII
## VIOLATION OF 15 U.S.C. § 1692g(a)
## PINNACLE

48. Plaintiff repeats and re-alleges each and every factual allegation above.

49. RPM violated 15 U.S.C. § 1692g(a) by failing to provide Plaintiff with the notices required by that subsection either in initial oral communication with Plaintiff, or in writing within 5 days thereafter.

50. Pinnacle, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of RPM, the debt collector it hired to collect the Debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Pinnacle violated 15 U.S.C. § 1692g(a);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT IX
## VIOLATION OF 15 U.S.C. § 1692g(b)
## RPM

51. Plaintiff repeats and re-alleges each and every factual allegation above.

COMPLAINT - 10

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

52. If RPM did timely provide the disclosures as required by 15 U.S.C. § 1692g(a), then it violated 15 U.S.C. § 1692g(b) by overshadowing, making demands inconsistent with, or otherwise confusing Plaintiff as to his rights under 15 U.S.C. § 1692g(a).

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

    a) Adjudging that RPM violated 15 U.S.C. § 1692g(b);

    b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

    c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

    d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

    e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

    f) Awarding such other and further relief as the Court may deem just and proper.

**COUNT X**
**VIOLATION OF 15 U.S.C. § 1692g(b)**
**PINNACLE**

53. Plaintiff repeats and re-alleges each and every factual allegation above.

54. If RPM did timely provide the disclosures as required by 15 U.S.C. § 1692g(a), then it violated 15 U.S.C. § 1692g(b) by overshadowing, making demands inconsistent with, or otherwise confusing Plaintiff as to his rights under 15 U.S.C. § 1692g(a).

55. Pinnacle, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of RPM, the debt collector it hired to collect the Debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

    a) Adjudging that Pinnacle violated 15 U.S.C. § 1692g(b);

COMPLAINT - 11

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com

    b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

    c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

    d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

    e) Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

    f) Awarding such other and further relief as the Court may deem just and proper.

### TRIAL BY JURY

56. Plaintiff is entitled to and hereby demands a trial by jury.

Dated: April 25, 2014

> s/Jon N. Robbins
> Jon N. Robbins WSBA#28991
> Thompson Consumer Law Group, PLLC
> Attorney for Plaintiff

COMPLAINT - 12

Thompson Consumer Law Group, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-317-2674 facsimile
jrobbins@consumerlawinfo.com