Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEX GONZALEZ, | Case No. 2:14-cv-00627-JLR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC and PINNACLE CREDIT SERVICES, LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in

NOTICE OF SETTLEMENT-1

THOMPSON CONSUMER LAW GROUP, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@afclaw.com

the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: August 25, 2014              Respectfully submitted,

<div style="margin-left: 3em;">

<u>s/Jon N. Robbins</u>
Jon N. Robbins WSBA#28991
Thompson Consumer Law Group, PLLC
Attorney for Plaintiff

</div>

NOTICE OF SETTLEMENT-2

THOMPSON CONSUMER LAW GROUP, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@afclaw.com