UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC and PINNACLE CREDIT SERVICES, LLC,<br><br>　　　　Defendant. | CASE NO. C14-627JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

ORDER OF DISMISSAL - 1

1     In the event settlement is not perfected, any party may move to reopen the case,
2 provided such motion is filed within **60** days of the date of this order. Any trial date and
3 pretrial dates previously set are hereby VACATED.

4     Dated this 26th day of August, 2014.

JAMES L. ROBART
United States District Judge